# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MAINE

| | | |
|---|---|---|
| **CHRISTOPHER MICHAUD**, individually and on behalf of all others similarly situated, | : : : : | |
| | : | Case No. 2:12-cv-353-NT |
| Plaintiff, | : : | |
| v. | : : | |
| **MONRO MUFFLER BRAKE, INC.**, | : : | |
| Defendant. | : | |

### SUPPLEMENTAL MEMORANDUM TO PROVIDE INFORMATION REGARDING THE OPT OUT CLASS MEMBER AND TO CLARIFY THE NUMBER OF SPIFF CLASS MEMBERS WHO RECEIVED NOTICE OF SETTLEMENT

On June 3, 2015 the Court requested information concerning the subclass member who outed out of the suit. The Court also requested clarification of the number of Spiff class members who received Notice of Settlement. In response to such inquires, our records reflect the following:

1. The individual who requested to be excluded from the settlement was Kenneth A. Rowe who was in the Maine Spiff class.

2. The Court should defer to the exhibit as the correct number of Spiff claim class members who received Notice of Settlement which is 278.

Respectfully submitted,

Dated: June 4, 2015

**NICHOLS KASTER, PLLP**

s/ Matthew H. Morgan
Matthew H. Morgan, MN State Bar #304657
(Admitted *pro hac vice*)

morgan@nka.com
4600 IDS Center
80 S. 8th Street, Suite 4600
Minneapolis, MN 55402
Tel: (612) 256-3200
Fax: (612) 338-4878

**LAW OFFICES OF DONALD F. FONTAINE**
Donald F. Fontaine, Bar No. 424
dff@fontainelaw.com
97 India Street
P.O. Box 7590 Portland, Maine 04112
Tel: (207) 879-3100
Fax: (207) 772-6402
**ATTORNEYS FOR PLAINTIFFS**

Dated: June 4, 2015                NIXON PEABODY LLP

s/_Todd R. Shinaman_____
Stephen J. Jones(Admitted *pro hac vice*)
sjones@nixonpeabody.com
Todd R. Shinaman
(Admitted *pro hac vice*)
tshinaman@nixonpeabody.com
Joseph A. Carello
(Admitted *pro hac vice*)
jcarello@nixonpeadbody.com
1300 Clinton Square
Rochester, New York 14604
Tel: (585) 263-1000

Joseph J. Leghorn
100 Summer Street
Boston, MA 02110-2131
Tel: (617) 345-1114
jleghorn@nixonpeabody.com

**ATTORNEYS FOR DEFENDANT**
*Monro Muffler Brake, Inc.*